## FREEMAN v. THE STATE.

PER CURIAM. This case being for decision by a full bench, and the court being equally divided in opinion, Russell, C. J., and Atkinson and Hines, JJ., being in favor of a reversal, and Beck, P. J., and Hill and Gilbert, JJ., being in favor of an affirmance, the judgment of the lower court stands affirmed by operation of law.

No. 7457. SEPTEMBER 25, 1930. REHEARING DENIED OCTOBER 4, 1930.

*Thomas A. Jacobs Jr.,* and *W. A. McClellan,* for plaintiff in error. *John Y. Roberts, solicitor,* contra.